IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE M. SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____ / | CASE NO. 1:05-cv-01380 OWW TAG<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Theresa A. Goldner for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). The new case number shall be **1:05-cv-01380 TAG**. All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

**Dated:   March 23, 2006**                     /s/ Oliver W. Wanger
emm0d6                                                   UNITED STATES DISTRICT JUDGE