**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNADETTE M. SMITH, <br>           Plaintiff, <br> vs. <br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br>           Defendant. | CASE NO. 1:05-cv-01380 TAG <br><br> ORDER DISMISSING CASE <br> WITH PREJUDICE |

Based upon the parties' Stipulation to Dismiss ("Stipulation") (Doc. 13),

IT IS ORDERED that the above-captioned matter is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii), which dismissal is with prejudice, and subject to the terms and conditions of the Stipulation (Doc. 13).

IT IS SO ORDERED.

Dated:  **March 28, 2006**                                              **/s/ Theresa A. Goldner**
**j6eb3d**                                                                              UNITED STATES MAGISTRATE JUDGE

1